**U.S.A. vs. Maurice Cortez White**                                    **Docket No. 7:09-CR-147-1FL**

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maurice Cortez White, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on August 16, 2010, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Maurice Cortez White was released from custody on February 19, 2016, at which time the term of supervised release commenced in the Middle District of Florida. On August 8, 2016, the probation office in that district received notification that White had been arrested for Battery – Cause Bodily Harm – Domestic. The victim in the case is paramour Ife Alexander. On August 16, 2016, White was sentenced to nine month imprisonment, followed by one year probation and court costs totaling $705. The supervising officer met with White and presented him with a proposed modification to include curfew confinement for a period of 90 days and participation in an anger management program. White signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. You shall be placed on curfew for a period of 90 days. During this time, you will remain at your place of residence between the hours of 7:00pm and 6:00am each day unless granted permission, in advance by the probation office to be elsewhere. You may be required to wear an electronic monitoring device, to comply with telephone equipment restrictions, and to follow electronic monitoring procedures specified by the probation office to facilitate the monitoring process. Further you shall be required to contribute the costs of services for such monitoring not to exceed an amount determined reasonable by the probation office based on ability to pay.

2. You shall participate in an anger management program. You will incur costs associated with such programs based on ability to pay as determined by the probation officer.

3. You shall have no direct or indirect contact with the victim or any person related to the victim.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

/s/ Julie Wise Rosa
Julie Wise Rosa
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8675
Executed On: December 22, 2016

## ORDER OF THE COURT

Considered and ordered this ___2nd___ day of ____January____, 2017, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge